**Xi Guan CHEN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General,[1] Respondent.**

No. 03–40192–AG.

United States Court of Appeals, Second Circuit.

Nov. 2, 2005.

Yong Wang, New York, New York, for Petitioner.

Harry S. Mattice, Jr., Assistant United States Attorney, Knoxville, Tennessee, for Respondent.

PRESENT: WALKER, Chief Judge, LEVAL, and B.D. PARKER, Circuit Judges.

## SUMMARY ORDER

Petitioner Xi Guan Chen petitions for review of the June 2003 order of the BIA affirming the decision of the Immigration Judge ("IJ") to deny his applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). Familiarity with the facts and the procedural history of the case is presumed. Because the BIA summarily affirmed the decision of the IJ, this Court reviews the IJ's decision directly. *See Secaida–Rosales v. INS,* 331 F.3d 297, 305–06 (2d Cir.2003). Credibility determinations are given "the same deference on review as other factual determinations," but the BIA must give "specific, cogent" reasons for rejecting testimony on credibility grounds. *Ramsameachire v. Ashcroft,* 357 F.3d 169, 177–78 (2d Cir.2004).

The IJ gave specific, cogent reasons for his finding that the petitioner lacked credi-

---

1. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Alberto R. Gonzales is automatically substituted for former Attorney General John Ashcroft as the respondent in this case.

bility, including the citation of particular implausibilities in petitioner's testimony and inconsistencies between petitioner's testimony and the documentation offered in support of petitioner's applications.

For the foregoing reasons, the petition for review is DENIED.